IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER BASS-EL, | : |
| Petitioner, | : |
| vs. | : CIVIL ACTION 16-0239-CB-C |
| DISTRICT ATTORNEY, MOBILE COUNTY, | : |
| Respondent. | : |

ORDER

A petition has been filed under 28 U.S.C. 2254 by an Alabama prisoner (Doc. 1). However, Petitioner's Motion to Proceed In Forma Pauperis is not on this Court's form (Doc. 2), and is, therefore, DENIED.  See Local Rule 83.9(d)(1) (requiring a pro se litigant to file his pleadings on this Court's forms).  Petitioner, therefore, is ORDERED by June 14, 2016, to file this Court's form for a motion to proceed without prepayment of fees or to pay the required filing fee.  Failure to comply with this order within the prescribed time or to notify the Court of a change of address will result in the dismissal of this action for failure to prosecute and to obey the Court's order.

The Clerk is DIRECTED to send Petitioner the form for a Motion to Proceed Without Prepayment of Fees.

DONE this the 24th day of May, 2016.

s/WILLIAM E. CASSADY
UNITED STATES MAGISTRATE JUDGE