IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER BASS-EL, | : |
| Petitioner, | : |
| vs. | :   CA 16-0239-CB-C |
| DISTRICT ATTORNEY, MOBILE COUNTY, | : |
| Respondent. | : |

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated June 15, 2016 is **ADOPTED** as the opinion of this Court.

**DONE** this 7th day of July, 2016.

s/*Charles R. Butler, Jr.*
**SENIOR UNITED STATES DISTRICT JUDGE**