IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER BASS-EL, | : | |
| Petitioner, | : | |
| vs. | : | CA 16-0239-CB-C |
| DISTRICT ATTORNEY, MOBILE COUNTY, | : | |
| | : | |
| Respondent. | | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner's habeas corpus petition, which the Court construes as having been filed pursuant to 28 U.S.C. § 2241, be **DISMISSED WITHOUT PREJUDICE** due both to his failure to prosecute this action and, also, due to his failure to exhaust all available state court remedies. Bass is not entitled to a certificate of appealability and, therefore, he is not entitled to appeal *in forma pauperis*.

**DONE** this 7th day of July, 2016.

s/Charles R. Butler, Jr.
**SENIOR UNITED STATES DISTRICT JUDGE**